

Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

### General Information

| | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR   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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2 , CHICAGO, IL 60619 | **Completed On:** | 09/28/13 |

### Summary of Accounts with Balances

| Account Types | Number of Accounts with Balance | Number of Accounts Past Due | Percentage of Past Due Amount | Total Monthly Payments | Total of Balances Remaining |
|---|---|---|---|---|---|
| Installment | 1 | 0 | 0.00% | $0 | $469,771 |
| Revolving | 3 | 3 | 14.77% | $50 | $5,658 |
| Mortgage | 1 | 1 | 71.91% | $2,808 | $383,207 |
| Open | 19 | 19 | 13.32% | $0 | $9,868 |
| Totals | 24 | 23 | 100.00% | $2,858 | $868,504 |







Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

## General Information

| | |
|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR   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 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2 , CHICAGO, IL 60619 |

| | |
|---|---|
| **Report Number:** | 34276971 |
| **Client Code:** | 20001279 |
| **Completed On:** | 09/28/13 |

## CREDIT SCORES

| Score | Model | Details | Bureau |
|---|---|---|---|
| 554 | Scorex Plus V2 | KENNETH ROBINZINE  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 | EXPERIAN |
| | | 63/TOO MANY ACCOUNTS OPENED IN THE LAST TWO YEARS NOT PAID ON TIME<br>36/TOTAL AVAILABLE CREDIT ON RECENTLY REPORTED OPEN REVOLVING ACCOUNTS IS TOO LOW<br>22/PERCENTAGE OF ACCOUNTS REPORTED DELINQUENT IS TOO HIGH<br>55/WORST DELINQUENCY OCCURRING ON A REAL ESTATE LOAN REPORTED IN THE LAST TWO YEARS | |
| 486 | FICO Risk Score, Classic 2004 | KENNETH ROBINZINE  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 | TRANSUNION |
| | | 038/Serious delinquency and public record or collection filed.<br>013/Time since delinquency is too recent or unknown<br>020/Length of time since derogatory public record or collection is too short<br>018/Number of accounts with delinquency<br>**/Inquiries did impact the credit score and, for models that indicate it, no derogatory info was found on the file. | |
| 503 | Scorex Plus V2 | MADONNA ROBINZINE  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 | EXPERIAN |
| | | 22/PERCENTAGE OF ACCOUNTS REPORTED DELINQUENT IS TOO HIGH<br>27/INSUFFICIENT NUMBER OF OPEN REVOLVING ACCOUNTS WITH A BALANCE OR CREDIT LIMIT<br>63/TOO MANY ACCOUNTS OPENED IN THE LAST TWO YEARS NOT PAID ON TIME<br>60/INSUFFICIENT NUMBER OF RECENTLY REPORTED CURRENT ACCOUNTS | |
| 496 | FICO Risk Score, Classic 2004 | MADONNA ROBINZINE  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 | TRANSUNION |
| | | 038/Serious delinquency and public record or collection filed.<br>013/Time since delinquency is too recent or unknown<br>016/Lack of recent revolving account information<br>015/Lack of recent bank revolving information<br>**/Inquiries did impact the credit score and, for models that indicate it, no derogatory info was found on the file. | |

## FRAUD ALERTS

| Owner | Alert Type | Fraud Message | Source |
|---|---|---|---|
| Applicant | Risk Score Value | Inquiries did impact the credit score and, for models that indicate it, no derogatory info was found on the file. | TransUnion |
| Co-applicant | Risk Score Value | Inquiries did impact the credit score and, for models that indicate it, no derogatory info was found on the file. | TransUnion |
| Applicant | Address Discrepancy | Former address:  Reported via A/R tape, but different from inquiry. | Experian |
| Co-applicant | Address Discrepancy | Current address:  Reported via A/R tape, but different from inquiry. | Experian |
| Co-applicant | Address Discrepancy | Previous former address:  Reported via A/R tape, but different from inquiry. | Experian |

## Liabilities with Balances — 24 Account(s) with balances

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| BAYVIEW FINANCIAL LOAN | 2008-03 | 2012-08 | 480250 | 12 | Individual | | 469771 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 200065664 | 2008-08 | Experian | 480250 | Installment | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 09/2012 886666666654<br>(180-06/12) (180-05/12) (180-04/12) (180-03/12) (180-02/12) (180-01/12) (180-12/11) (180-11/11) (150-10/11) (120-09/11)<br>Closed<br>FORECLOSURE<br>Commercial mortgage | | | | | | | PAST DUE AMT |

Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** KENNETH ROBINZINE JR   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 | | **Report Number:** 34276971 | |
| **Co Applicant Name & SSN:** MADONNA ROBINZINE  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 | | **Client Code:** 20001279 | |
| **Primary Address:** 8044 S MARYLAND AVENUE Apt 2 , CHICAGO, IL 60619 | | **Completed On:** 09/28/13 | |

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| OCWEN LOAN SERVICING L | 2009-04 | 2013-08 | 357332 | 50 | Joint | 360X2808 | 383207 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS |  |  |
| 602290695 | 2012-02 | XPN/TUC | 357332 | Mortgage | MONTHLY |  |  |
| ACCOUNT OWNER: Both  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 07/2012 8321CCCCCCCCC1CCCCCCCXX4322221111CC | | | | | | | 52837 |
| (90-05/12) (60-04/12) (30-03/12) (30-05/11) (120-07/10) (90-06/10) (60-05/10) (60-04/10) (60-03/10) (60-02/10) (30-01/10) (30-12/ | | | | | | | |
| 09) (30-11/09) (30-10/09) | | | | | | | |
| FORCLOSURE STARTED | | | | | | | |
| INFORECLOSURE | | | | | | | |
| FHA Real Estate Mortgage | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| DISCOVER FIN SVCS LLC | 2004-03 | 2013-09 | 7231 | 84 | Individual |  | 4070 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS |  |  |
| 601100790881 | 2013-07 | XPN/TUC | 8300 | Revolving | REV |  |  |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 05/2011 9 | | | | | | | 2929 |
| Closed by Grantor | | | | | | | |
| CHARGE OFF | | | | | | | |
| ChargeOff Amount: 5459 ChargeOff Date: 2011-04 | | | | | | | |
| Credit Card | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| MED BUSI BUR | 2012-12 | 2013-09 | 1481 | 7 | Individual |  | 1481 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS |  |  |
| 60983162001 | 2013-09 | XPN/TUC | 1481 | Open | MONTHLY |  |  |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 04/2013 9 | | | | | | | 1481 |
| Closed | | | | | | | |
| COLLECTION | | | | | | | |
| Collection Department/Agency/Attorney | | | | | | | |
| ORIGINAL CREDITOR: MEDICAL | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| MIDLAND FUNDING | 2011-03 | 2013-09 | 1221 | 30 | Individual |  | 1449 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS |  |  |
| 8539164108 | 2013-08 | XPN/TUC | 1221 | Open | MONTHLY |  |  |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 05/2011 9 | | | | | | | 1449 |
| Closed | | | | | | | |
| COLLECTION | | | | | | | |
| Factoring Company | | | | | | | |
| ORIGINAL CREDITOR: HSBC BANK NEVADA N.A. | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| HSBC/MENARDS | 2009-01 | 2010-06 | 1270 | 18 | Individual |  | 1221 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS |  |  |
| 600430011230 | 2009-07 | XPN/TUC | 3600 | Revolving | REV |  |  |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 03/2010 9666654321CCCCCCCC | | | | | | | 0 |
| (180-01/10) (180-12/09) (180-11/09) (180-10/09) (150-09/09) (120-08/09) (90-07/09) (60-06/09) (30-05/09) | | | | | | | |
| Closed by Grantor | | | | | | | |
| CHARGE OFF | | | | | | | |
| ChargeOff Date: 2010-02 | | | | | | | |
| Charge Account | | | | | | | |

Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



**Eagle Report**
**Prepared By:**

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** KENNETH ROBINZINE JR  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 | | **Report Number:** 34276971 | |
| **Co Applicant Name & SSN:** MADONNA ROBINZINE  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 | | **Client Code:** 20001279 | |
| **Primary Address:** 8044 S MARYLAND AVENUE Apt 2 , CHICAGO,  IL 60619 | | **Completed On:** 09/28/13 | |

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| CERTIFIED SERVICES INC | 2010-12 | 2013-09 | 748 | 31 | Individual | | 1118 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 661409A | 2013-09 | XPN/TUC | 748 | Open | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 04/2011 9 Closed COLLECTION Collection Department/Agency/Attorney ORIGINAL CREDITOR: FERTILITY CENTERS OF ILLINOIS | | | | | | | 1118 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| ASPEN COLL | 2013-06 | 2013-09 | 1110 | 1 | Joint | | 1110 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 415763 | 2013-09 | TransUnion | 1110 | Open | OPN | | |
| ACCOUNT OWNER: Both  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 10/2013 9 COLLECTION Unknown ORIGINAL CREDITOR: 05 VAC VILLG PARKWAY OA | | | | | | | 1110 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| MERCHANTS CREDIT GUIDE | 2010-07 | 2010-10 | 1100 | 1 | Individual | | 1095 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 8101940012 | 2010-10 | XPN/TUC | 1100 | Open | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 11/2010 9 Closed COLLECTION Collection Department/Agency/Attorney ORIGINAL CREDITOR: ADVENTIST LA GRANGE MEMORIAL H | | | | | | | 1095 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| EOS CCA | 2012-08 | 2013-09 | 712 | 12 | Individual | | 978 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 5035350 | 2013-09 | XPN/TUC | 712 | Open | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 11/2012 9 Closed COLLECTION Collection Department/Agency/Attorney ORIGINAL CREDITOR: AT T MOBILITY | | | | | | | 978 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| UNITED COLLECT BUR INC | 2011-11 | 2012-01 | 370 | 1 | Individual | | 370 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 34023136 | 2012-01 | XPN/TUC | 370 | Open | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 02/2012 9 Closed COLLECTION Collection Department/Agency/Attorney ORIGINAL CREDITOR: UNIVERSITY PATHOLOGISTS | | | | | | | 370 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| AMERICAN AIRLINES FCU | 2010-06 | 2013-09 | 500 | 40 | Individual | 50 | 367 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 8698600270050 | 2013-08 | XPN/TUC | 500 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 10/2013 CCCCCNCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC CURRENT Check Credit/Line of Credit | | | | | | | 0 |

Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR   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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2 , CHICAGO, IL 60619 | **Completed On:** | 09/28/13 |

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| DEPENDON COLLECTION SE | 2013-07 | 2013-09 | 346 | 1 | Individual | | 346 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| C84254J01520 | | Experian | 346 | Open | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 10/2013 9 | | | | | | | 346 |
| Closed | | | | | | | |
| COLLECTION | | | | | | | |
| Collection Department/Agency/Attorney | | | | | | | |
| ORIGINAL CREDITOR: WOMEN S HEALTH CONSULTANTS S.C | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| PEOPLES ENGY | 2003-06 | 2012-03 | 1125 | 8 | Individual | | 309 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 750003294 | 2011-12 | TransUnion | 1125 | Open | OPN | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 04/2012 21CCCCCCC | | | | | | | 228 |
| (60-03/12) (30-02/12) | | | | | | | |
| DELINQUENT | | | | | | | |
| Utility company | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| MED BUSI BUR | 2012-12 | 2013-09 | 250 | 7 | Individual | | 250 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 60607662003 | 2013-09 | XPN/TUC | 250 | Open | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 04/2013 9 | | | | | | | 250 |
| Closed | | | | | | | |
| COLLECTION | | | | | | | |
| Collection Department/Agency/Attorney | | | | | | | |
| ORIGINAL CREDITOR: MEDICAL | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| MED BUSI BUR | 2012-12 | 2013-09 | 248 | 7 | Individual | | 248 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 60991882001 | 2013-09 | XPN/TUC | 248 | Open | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 04/2013 9 | | | | | | | 248 |
| Closed | | | | | | | |
| COLLECTION | | | | | | | |
| Collection Department/Agency/Attorney | | | | | | | |
| ORIGINAL CREDITOR: MEDICAL | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| UNITED COLLECT BUR INC | 2008-10 | 2009-02 | 235 | 1 | Individual | | 235 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 23203579 | 2009-02 | XPN/TUC | 235 | Open | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 03/2009 9 | | | | | | | 235 |
| Closed | | | | | | | |
| COLLECTION | | | | | | | |
| Collection Department/Agency/Attorney | | | | | | | |
| ORIGINAL CREDITOR: CHICAGO CENTRAL EMERG PHYS  LL | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| MED BUSI BUR | 2012-12 | 2013-09 | 191 | 7 | Individual | | 191 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 60607662005 | 2013-09 | XPN/TUC | 191 | Open | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 04/2013 9 | | | | | | | 191 |
| Closed | | | | | | | |
| COLLECTION | | | | | | | |
| Collection Department/Agency/Attorney | | | | | | | |
| ORIGINAL CREDITOR: MEDICAL | | | | | | | |

Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR   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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2 , CHICAGO, IL 60619 | **Completed On:** | 09/28/13 |

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| MED BUSI BUR | 2012-12 | 2013-09 | 191 | 7 | Individual | | 191 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 60607662004 | 2013-09 | XPN/TUC | 191 | Open | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 04/2013 9 Closed COLLECTION Collection Department/Agency/Attorney ORIGINAL CREDITOR: MEDICAL | | | | | | | 191 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| MED BUSI BUR | 2013-06 | 2013-09 | 154 | 2 | Individual | | 154 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 60607662016 | 2013-09 | XPN/TUC | 154 | Open | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 09/2013 9 Closed COLLECTION Collection Department/Agency/Attorney ORIGINAL CREDITOR: MEDICAL | | | | | | | 154 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| ROUND TWO RECOVERY LLC | 2013-03 | 2013-05 | 112 | 1 | Individual | | 112 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 2122374400365807 | 2013-05 | XPN/TUC | 112 | Open | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 06/2013 9 Closed COLLECTION Collection Department/Agency/Attorney ORIGINAL CREDITOR: WINDY CITY EMERGENCY PHYSICIAN | | | | | | | 112 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| ROUND TWO RECOVERY LLC | 2013-03 | 2013-05 | 111 | 1 | Individual | | 111 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 2122374400365805 | 2013-05 | XPN/TUC | 111 | Open | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 06/2013 9 Closed COLLECTION Collection Department/Agency/Attorney ORIGINAL CREDITOR: WINDY CITY EMERGENCY PHYSICIAN | | | | | | | 111 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| MED BUSI BUR | 2007-09 | 2013-09 | 82 | 1 | Individual | | 82 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 35653 | 2013-09 | TransUnion | 82 | Open | OPN | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 10/2013 9 COLLECTION Unknown ORIGINAL CREDITOR: MEDICAL | | | | | | | 82 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| I C SYSTEM INC | 2012-12 | 2013-03 | 38 | 2 | Individual | | 38 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 51421981001 | | Experian | 38 | Open | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 04/2013 99 Closed COLLECTION Collection Department/Agency/Attorney ORIGINAL CREDITOR: AT T | | | | | | | 38 |

Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

### General Information

| | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR  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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2 , CHICAGO, IL 60619 | **Completed On:** | 09/28/13 |

### Liabilities without Balances — 32 Account(s) without balances

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES FCU | 2012-06 | 2012-11 | 701 | 5 | Individual | 6X119 | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 86986002702 | 2012-10 | XPN/TUC | 701 | Installment | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 11/2012 CCCC<br>Closed<br>PAID<br>Secured | | | | | | | PAST DUE AMT<br>0 |
| CREDITOR<br>AMERICAN AIRLINES FCU | OPENED<br>2012-06 | REPORTED<br>2012-07 | HIGH BALANCE<br>700 | REVIEWED<br>1 | ECOA<br>Individual | PAYMENT<br>6X118 | BALANCE<br>0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 86986002701 | 2012-06 | XPN/TUC | 700 | Installment | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>Closed<br>PAID<br>Secured | | | | | | | PAST DUE AMT<br>0 |
| CREDITOR<br>BANK OF AMERICA, N.A. | OPENED<br>2005-08 | REPORTED<br>2008-01 | HIGH BALANCE<br>238000 | REVIEWED<br>27 | ECOA<br>Individual | PAYMENT<br>360X1803 | BALANCE<br>0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 111149532 | 2008-01 | XPN/TUC | 238000 | Mortgage | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 01/2008 CCCCCCCCCCCCCCCCCCCCCCCCC<br>Closed by Consumer<br>PAID<br>Conventional Real Estate Mortgage, including purchase money first | | | | | | | PAST DUE AMT<br>0 |
| CREDITOR<br>BAYVIEW FINANCIAL LOAN | OPENED<br>2008-03 | REPORTED<br>2008-08 | HIGH BALANCE<br>28250 | REVIEWED<br>3 | ECOA<br>Individual | PAYMENT<br>360X235 | BALANCE<br>0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 200065665 | 2008-08 | XPN/TUC | 28250 | Mortgage | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 08/2008 CC<br>PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER LENDER<br>Closed<br>TRANSFERRED<br>Commercial mortgage | | | | | | | PAST DUE AMT<br>0 |
| CREDITOR<br>BAYVIEW LOAN | OPENED<br>2008-03 | REPORTED<br>2012-07 | HIGH BALANCE<br>480250 | REVIEWED<br>48 | ECOA<br>Individual | PAYMENT<br>360X6276 | BALANCE<br>0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 200065664 | 2008-08 | XPN/TUC | 480250 | Mortgage | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 08/2012 84444444444CCCCCXXXXXXXXXXXXXXXXXXXXXXXXXXXXXCCC<br>(120-06/12) (120-05/12) (120-04/12) (120-03/12) (120-02/12) (120-01/12) (120-12/11) (120-11/11) (120-10/11) (120-09/11)<br>Closed<br>PD FORECLOSURE<br>Commercial mortgage | | | | | | | PAST DUE AMT<br>0 |
| CREDITOR<br>CAP ONE | OPENED<br>2001-04 | REPORTED<br>2003-11 | HIGH BALANCE<br>537 | REVIEWED<br>32 | ECOA<br>Individual | PAYMENT | BALANCE<br>0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 438864190607 | 2003-10 | XPN/TUC | 537 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 11/2003 CCCCCCCCCCCCCCCCCCCCCCCCCCC<br>Closed by Consumer<br>PAID<br>Credit Card | | | | | | | PAST DUE AMT<br>0 |

Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR   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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2 , CHICAGO, IL 60619 | **Completed On:** | 09/28/13 |

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| CB/ASTEWRT | 2008-04 | 2010-01 | 17 | 21 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 200307 | 2010-01 | XPN/TUC | 100 | Revolving | REV | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 12/2009 9654321CCCCCCCCCCCCCC | | | | | | | 0 |
| (180-10/09) (150-09/09) (120-08/09) (90-07/09) (60-06/09) (30-05/09) | | | | | | | |
| Closed by Consumer | | | | | | | |
| PD COLLECTION | | | | | | | |
| Charge Account | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| CHARTER ONE AUTO FINAN | 2004-05 | 2004-10 | 18534 | 7 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 57045563 | | Experian | 18534 | Installment | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 10/2004 CCCCCC | | | | | | | 0 |
| Closed | | | | | | | |
| TRANSFERRED | | | | | | | |
| Auto | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| CHASE | 2002-11 | 2010-02 | 7026 | 84 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 455990793465 | 2009-07 | XPN/TUC | 7400 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 03/2010 954321CCCCCCCCCCCCCCCCCC | | | | | | | 1971 |
| (150-01/10) (120-12/09) (90-11/09) (60-10/09) (30-09/09) | | | | | | | |
| PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER LENDER | | | | | | | |
| Closed by Grantor | | | | | | | |
| CHARGE OFF | | | | | | | |
| ChargeOff Date: 2010-02 | | | | | | | |
| Credit Card | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| CHASE | 2009-03 | 2010-02 | 0 | 11 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 426684120524 | | XPN/TUC | 1000 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 02/2010 CCCCCCCCCC | | | | | | | 0 |
| Closed by Grantor | | | | | | | |
| PAID | | | | | | | |
| Credit Card | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| CHASE AUTO | 1999-03 | 2004-03 | 14216 | 61 | Individual | 60X299 | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 19907116192902 | 2004-03 | XPN/TUC | 14216 | Installment | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 03/2004 CCCCCCCCCCCCCCCCCCCCCCCC | | | | | | | 0 |
| Closed | | | | | | | |
| PAID | | | | | | | |
| Auto | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| CITI | 2002-10 | 2008-08 | 615 | 69 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 541887405010 | 2004-06 | XPN/TUC | 630 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 08/2008 CNNNNCCCCCNNNNNNNNNNNCNNNCCCCCCCCCCCCCCCCCCCCCCC | | | | | | | 0 |
| Closed by Grantor | | | | | | | |
| PAID | | | | | | | |
| Credit Card | | | | | | | |

  Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



**Eagle Report**
**Prepared By:**

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR   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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2 ,  CHICAGO,  IL 60619 | **Completed On:** | 09/28/13 |

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| CITIMORTGAGE INC | 2008-01 | 2009-04 | 336472 | 15 | Joint | 360X2838 | 0 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 2005035445 | 2009-03 | XPN/TUC | 336472 | Mortgage | MONTHLY | | |
| ACCOUNT OWNER: Both  COMMENTS: History: 03/2009 CCCCCCCCCCCCC Closed PAID FHA Real Estate Mortgage | | | | | | | PAST DUE AMT 0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| COMENITY BANK/ROOMPLCE | 2007-03 | 2009-05 | 3631 | 27 | Individual | 35 | 0 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 585637069014 | 2008-12 | XPN/TUC | 4200 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: History: 06/2009 NCCCCCCCCCCCCCCCCCCCCCCCCC CURRENT Charge Account | | | | | | | PAST DUE AMT 0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| CRESCENT B&T | 2004-05 | 2011-02 | 21375 | 23 | Individual | 72X490 | 0 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 10000043188827 | 2010-10 | XPN/TUC | 21375 | Installment | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS: History: 02/2011 CC22211C1CC1CCC21CCC21C (60-11/10) (60-10/10) (60-09/10) (30-08/10) (30-07/10) (30-05/10) (30-02/10) (60-10/09) (30-09/09) (60-05/09) (30-04/09) ACCOUNT WAS DELINQUENT Closed PAID Auto | | | | | | | PAST DUE AMT 0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| FIFTH THIRD BANK | 2008-01 | 2013-09 | 0 | 69 | Individual |  | 0 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 5467002409307080 |  | XPN/TUC | 10000 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: History: 09/2013 NNNNNNNNNNNNNNNNNNNNNNNCCCCCCCCCCCCCCCCCCCCCCCCC Closed by Consumer PAID Credit Card | | | | | | | PAST DUE AMT 0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| FIFTH THIRD BANK | 2009-07 | 2013-09 | 0 | 51 | Individual |  | 0 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 5467002409896330 |  | XPN/TUC | 500 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: History: 09/2013 NNNNNNNNNNNNNNNNNNNNNNNCCCCCCCCCCCCCCCCCCCCCCCCC INACTIVE ACCOUNT Closed PAID Credit Card | | | | | | | PAST DUE AMT 0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| G M A C | 1999-04 | 2004-06 | 14608 | 62 | Joint | 60X243 | 0 |
|  | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 154210582247 | 2004-05 | XPN/TUC | 14608 | Installment | MONTHLY | | |
| ACCOUNT OWNER: Both  COMMENTS: History: 06/2004 CCCCCXCCCCCCCCCCCCCCCCCC Closed PAID Auto | | | | | | | PAST DUE AMT 0 |

Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR  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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2 ,  CHICAGO,  IL 60619 | **Completed On:** | 09/28/13 |

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| GECRB/LOW | 2009-01 | 2013-08 | 437 | 49 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 798192414268 | 2009-05 | XPN/TUC | 437 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 08/2013 CCCCCCCNNNNNNNNNNNNNNNNNNNNNNNCCCCCCCCCCCCCCCCC<br>Closed by Grantor<br>PAID<br>Charge Account | | | | | | | PAST DUE AMT<br>0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| GMAC MRTG | 2003-05 | 2005-09 | 230000 | 22 | Individual | 360X2216 | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 436115794 | 2005-08 | TransUnion | 230000 | Mortgage | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 09/2005 CCCCCCCCCCCCCCCCCCCCCC<br>Closed<br>PAID<br>Conventional Real Estate Mortgage, including purchase money first | | | | | | | PAST DUE AMT<br>0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| HSBC BANK | 2005-11 | 2006-10 | 0 | 12 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 549107001408 | | XPN/TUC | 3000 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 10/2006 NNNNNNNNNCN<br>Closed<br>PAID<br>Credit Card | | | | | | | PAST DUE AMT<br>0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| HSBC/BSTBY | 2005-11 | 2009-10 | 3219 | 47 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 702127132535 | 2007-11 | XPN/TUC | 3219 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 10/2009 CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC<br>Closed<br>PAID<br>Charge Account | | | | | | | PAST DUE AMT<br>0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| PEAK 5 | 2004-05 | 2009-01 | 21375 | 27 | Individual | 72X489 | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 12672301 | 2009-01 | TransUnion | 21375 | Installment | MONTHLY | | |
| ACCOUNT OWNER: Co-applicant  COMMENTS:<br>History: 01/2009 CCCCCCCCCCCCCCCCCCCCCCCCCC<br>Closed<br>PAID<br>Auto | | | | | | | PAST DUE AMT<br>0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| PEOPLES ENGY | 2008-03 | 2012-03 | 1292 | 47 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 750005058 | 2012-02 | TransUnion | 1292 | Open | OPN | | |
| ACCOUNT OWNER: Applicant  COMMENTS:<br>History: 03/2012 43221CC4321CCCCCCCCCCCCCCC1CCCCCCCCCCCCCCCCCCCCC<br>(120-02/12) (90-01/12) (60-12/11) (60-11/11) (30-10/11) (120-07/11) (90-06/11) (60-05/11) (30-04/11) (30-12/09)<br>ACCOUNT WAS DELINQUENT<br>CURRENT<br>Utility company | | | | | | | PAST DUE AMT<br>0 |

   Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR  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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2, CHICAGO, IL 60619 | **Completed On:** | 09/28/13 |

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| RBS CITIZENS NA | 2004-05 | 2010-03 | 18534 | 65 | Individual | 66X339 | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 2708018789 | 2010-03 | XPN/TUC | 18534 | Installment | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS: History: 03/2010 23321C2CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCXXXXXXXXXXXXXXXXCCCCC (60-02/10) (90-01/10) (90-12/09) (60-11/09) (30-10/09) (60-08/09) ACCOUNT WAS DELINQUENT Closed PAID Auto | | | | | | | PAST DUE AMT 0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| ROGERS & HOL | 2004-07 | 2011-01 | 4123 | 48 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 601801111203 | 2008-10 | TransUnion | 7300 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: History: 01/2011 CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC CURRENT Charge Account | | | | | | | PAST DUE AMT 0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| SEARS/CBNA | 2008-07 | 2013-09 | 103 | 48 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 512107193638 | 2008-09 | XPN/TUC | 500 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: History: 09/2013 CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCNNNNNNNNNNNNNNNNNNNNCCC Closed by Grantor PAID Credit Card | | | | | | | PAST DUE AMT 0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| SEARS/CBNA | 2002-05 | 2013-02 | 614 | 84 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 504994813154 | 2006-11 | XPN/TUC | 5100 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: History: 02/2013 CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCNNNNNNNNNNNNNNNNNNNNNNNN Closed by Consumer PAID Charge Account | | | | | | | PAST DUE AMT 0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| THD/CBNA | 2005-01 | 2010-04 | 0 | 48 | Individual | | 0 |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 603532016690 | | XPN/TUC | 2000 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: History: 04/2010 CCCCCCCCCCCCCCCNNNNNNNNNNNNNNNNNNNNNNNCCCCCCCC Closed by Grantor PAID Charge Account | | | | | | | PAST DUE AMT 0 |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| CHASE | 2008-11 | 2010-02 | 5955 | 28 | Individual | | |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 426684119712 | 2009-07 | XPN/TUC | 5955 | Revolving | REV | | |
| ACCOUNT OWNER: Applicant  COMMENTS: History: 03/2010 9 PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER LENDER Closed by Grantor CHARGE OFF ChargeOff Date: 2010-02 Credit Card | | | | | | | PAST DUE AMT 5955 |

   Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR  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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2, CHICAGO, IL 60619 | **Completed On:** | 09/28/13 |

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| GECRB/HOME IMPR NON LI | 2008-04 | 2013-06 | 10176 | 63 | Individual | | |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 400100015086 | 2009-06 | XPN/TUC | 10176 | Installment | MONTHLY | | |
| ACCOUNT OWNER: Applicant  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 12/2009 9 PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER LENDER Closed by Grantor CHARGE OFF ChargeOff Amount: 10891 ChargeOff Date: 2013-06 Unsecured | | | | | | | |
| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
| LANDO RESORTS CORP | 2002-09 | 2009-09 | 2000 | 1 | Joint | | |
| | LAST ACTIVE | SOURCE | HIGH CREDIT | LOAN TYPE | TERMS | | |
| 796796490220 | | Experian | 2000 | Mortgage | MONTHLY | | |
| ACCOUNT OWNER: Both  COMMENTS: | | | | | | | PAST DUE AMT |
| History: 10/2009 9 Closed COLLECTION Real Estate | | | | | | | |

| PUBLIC RECORDS | | | | 3 Public Record(s) | | | |
|---|---|---|---|---|---|---|---|
| Court Name | Disposition | Plaintiff | Date Filed | Amount | ECOA | Repository | Ownership |
| COOK LAW MAGISTRATE- | NOT SATISFIED | CITY CHICAGO | 05/01/2008 | 2060 | J | XPN | Applicant |
| Docket | Type | | | | | | |
| 08M1400121 | NONE | | | | | | |
| Court Name | Disposition | Plaintiff | Date Filed | Amount | ECOA | Repository | Ownership |
| COOK LAW MAGISTRATE- | NOT SATISFIED | MIDLAND FUNDING LL | 03/22/2012 | 1145 | I | XPN / TUC | Applicant |
| Docket | Type | | | | | | |
| 11M1151681 | CIVIL | | | | | | |
| Court Name | Disposition | Plaintiff | Date Filed | Amount | ECOA | Repository | Ownership |
| COOK LAW MAGISTRATE- | NOT SATISFIED | DISCOVER BANK | 04/12/2012 | 5809 | I | XPN / TUC | Applicant |
| Docket | Type | | | | | | |
| 11M1153172 | CIVIL | | | | | | |

| Variations | |
|---|---|
| **APPLICANT SUBMITTED INFORMATION** | |
| Submitted SSN | Submitted Name |
| 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 | KENNETH ROBINZINE JR |

**AKA INFORMATION**

| Item# | SSN# | Name Variation | DOB | Address | Repository |
|---|---|---|---|---|---|
| 1 | 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 | KENNETH B ROBINZINE JR | | 8044 S MARYLAND AVE CHICAGO, IL 60619  4911 W JACKSON BLVD CHICAGO, IL 60644 | Experian |
| 2 | | B ROBINZINE KENNETH JR | | | Experian |
| 3 | | KENNETH B ROBINZINE JR | | | Experian |

Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR   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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2 ,  CHICAGO,  IL 60619 | **Completed On:** | 09/28/13 |

| | | | | | |
|---|---|---|---|---|---|
| 4 | | KENNETH ROBINZINE | 1973 | | Experian |
| 5 | | KENNETH S ROBINZINE | | | Experian |
| 6 | 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 | KENNETH B ROBINZINE  JR | 1973/05/21 | 8044 S MARYLAND  AV 2 CHICAGO,  IL 60619<br><br>7924 S KINGSTON  AV CHICAGO,  IL 60617<br><br>4911 W JACKSON  BV CHICAGO,  IL 60644 | TransUnion |

**CO-APPLICANT SUBMITTED INFORMATION**

| Submitted SSN | Submitted Name |
|---|---|
| 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 | MADONNA  ROBINZINE |

**AKA INFORMATION**

| Item# | SSN# | Name Variation | DOB | Address | Repository |
|---|---|---|---|---|---|
| 1 | 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 | MADONNA T ROBINZINE | 1978 | DO NOT MAIL CHICAGO,  IL 60619<br><br>8044 S MARYLAND AVE CHICAGO,  IL 60619<br><br>4911 W JACKSON BLVD # 1 CHICAGO,  IL 60644 | Experian |
| 2 | | MADONNA SMITH | | | Experian |
| 3 | | SMITH MADONNA | | | Experian |
| 4 | 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 | MADONNA T ROBINZINE | 1978/01/22 | 8044 S MARYLAND  AV 2 CHICAGO,  IL 60619<br><br>2244 N CLEVELAND  AV 204 CHICAGO,  IL 60614<br><br>100  NORTHFIELD  DR NORMAL,   IL 61761 | TransUnion |
| 5 | | MADONNA T ROBINZINE | | | TransUnion |
| 6 | | SMITH,MADONNA,T | | | TransUnion |

| Address Variations | |
|---|---|
| Reported: Different Address | 8044 S MARYLAND AVE,CHICAGO ,IL ,60619  Rptd:08/06/2012 |
| Reported: Different Address | 4911 W JACKSON BLVD,CHICAGO ,IL ,60644  Rptd:05/06/2010 |
| Reported: Different Address | DO NOT MAIL,CHICAGO ,IL ,60619  Rptd:05/12/2009 |
| Reported: Different Address | 8044 S MARYLAND AVE,CHICAGO ,IL ,60619  Rptd:20/08/2009 |
| Reported: Different Address | 4911 W JACKSON BLVD # 1,CHICAGO ,IL ,60644  Rptd:18/06/2003 |
| Reported: Different Address | 8044 S MARYLAND  AV 2,CHICAGO ,IL ,60619  Rptd:01/06/2003 |
| Reported: Different Address | 7924 S KINGSTON  AV ,CHICAGO ,IL ,60617  Rptd:12/04/2008 |
| Reported: Different Address | 4911 W JACKSON  BV ,CHICAGO ,IL ,60644  Rptd:unknown |
| Reported: Different Address | 8044 S MARYLAND  AV 2,CHICAGO ,IL ,60619  Rptd:31/12/2006 |
| Reported: Different Address | 2244 N CLEVELAND  AV 204,CHICAGO ,IL ,60614  Rptd:01/09/1999 |

        Copyright 2013 CIN Legal Data Services, a division of Credit Infonet, Inc. All Rights Reserved



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | KENNETH ROBINZINE JR   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 | **Report Number:** | 34276971 |
| **Co Applicant Name & SSN:** | MADONNA ROBINZINE  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 | **Client Code:** | 20001279 |
| **Primary Address:** | 8044 S MARYLAND AVENUE Apt 2 ,  CHICAGO,  IL 60619 | **Completed On:** | 09/28/13 |

| Address Variations | |
|---|---|
| Reported: Different Address | 100  NORTHFIELD  DR ,NORMAL ,IL ,61761  Rptd:unknown |

| Employment Variations | |
|---|---|
| Reported: Different Employment | HUDSONGENERAL,Rptd:3/15/1999 |
| Reported: Different Employment | AMERICANSECURITY,Rptd:8/12/1998 |
| Reported: Different Employment | AMERICAN INTERCONTINENT,Rptd:5/24/2004 |
| Reported: Different Employment | ANDERSON FIN NETWORK,Rptd:3/6/1999 |
| Reported: Different Employment | SERVICE AIR,Rptd:unknown |
| Reported: Different Employment | GLOBE BROWN NORTH AMERICA As WAREHOUSE AGENT,Rptd:7/2006 |
| Reported: Different Employment | AMERICAN INTERCONTINENTA As RECORD SPECIALIST,Rptd:1/2007 |

| Recent Inquiries Into Applicant(s) Credit In The Last 90 Days | | | |
|---|---|---|---|
| Company Making Inquiry | Date Of Inquiry | Applicant Inquired Upon | Result of Inquiry |
| CREDIT INFON | 09/28/2013 | | TOO NEW TO DETERMINE |
| CREDIT INFON | 07/23/2013 | | NO OPEN ACCT KNOWN TO HAVE RESULTED |

| Consumer Statement |
|---|
| None Found |

| Miscellaneous |
|---|
| KENNETH B ROBINZINE (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)
TUC:INQUIRIES DID IMPACT THE CREDIT SCORE AND, FOR MODELS THAT INDICATE IT, NO DEROGATORY INFO WAS FOUND ON THE FILE
XPN:FORMER ADDRESS REPORTED VIA A/R TAPE, BUT DIFFERENT FROM INQUIRY.
XPN:CURRENT ADDRESS REPORTED VIA A/R TAPE. |
| MADONNA T ROBINZINE (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)
TUC:INQUIRIES DID IMPACT THE CREDIT SCORE AND, FOR MODELS THAT INDICATE IT, NO DEROGATORY INFO WAS FOUND ON THE FILE
XPN:PREVIOUS FORMER ADDRESS REPORTED VIA A/R TAPE, BUT DIFFERENT FROM INQUIRY.
XPN:FORMER ADDRESS REPORTED VIA A/R TAPE.
XPN:CURRENT ADDRESS REPORTED VIA A/R TAPE, BUT DIFFERENT FROM INQUIRY. |

| Direct Check | | |
|---|---|---|
| Credit Granter Name | Address | Phone |
| AMERICAN AIRLINES FCU | PO BOX 619001 DFW AIRPORT TX 75261 | (800) 533-0035 |
| ASPEN COLL | POB 5129 SPRING HILL FL 34611 | (800) 981-9420 |
| BAKER& MILLE | 11 SOUTH LASALLE 19TH FLOOR CHICAGO IL 60604 | (312) 541-4100 |
| [BK]  BAC HOME LOANS SERVICI | 450 American St Simi Valley CA 93065 | |
| BAYVIEW FINANCIAL LOAN | 4425 PONCE DE LEON BLVD CORAL GABLES FL 33146 | (305) 646-4139 |
| BAYVIEW LOAN | 4425 PONCE DE LEON CORAL GABLES FL 33146 | (800) 457-5105 |
| [BK]  CAP ONE | P.O. Box 5155 Norcross GA 30091 | (800) 209-9161 |
| CB/ASTEWRT | PO BOX 182789 COLUMBUS OH 43218 | |
| CERTIFIED SERVICES INC | 1733 WASHINGTON ST STE 2 WAUKEGAN IL 60085 | (847) 623-6440 |
| CHARTER ONE AUTO FINAN | 228 E MAIN ST ROCHESTER NY 14604 | (800) 247-5685 |
| [BK]  CHASE AUTO | P.O. Box 901076-TX-1-0056 Fort Worth TX 76101-2076 | (800) 336-6675 |
| [BK]  CHASE | P.O. Box 15145 Wilmington DE 19850 | (800) 945-2005 |
| [BK]  CITI | | |



Eagle Report
Prepared By:

CIN LEGAL DATA SERVICES
4540 Honeywell Court
Dayton, OH 45424

(888) 462-7431(p)
(866) 307-1003(f)

| General Information | | | |
|---|---|---|---|
| Applicant Name & SSN: | KENNETH ROBINZINE JR   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 | Report Number: | 34276971 |
| Co Applicant Name & SSN: | MADONNA ROBINZINE  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 | Client Code: | 20001279 |
| Primary Address: | 8044 S MARYLAND AVENUE Apt 2 , CHICAGO, IL 60619 | Completed On: | 09/28/13 |

| | | |
|---|---|---|
| [BK] CITIMORTGAGE INC | P.O. Box 140609 Irving TX 75014-0609 | (866) 613-5636 |
| COMENITY BANK/ROOMPLCE | PO BOX 182789 COLUMBUS OH 43218 | BYMAILONLY |
| COOK LAW MAGISTRATE- | 50 W WASHINGTON ST RM 10 CHICAGO IL 60602 | BYMAILONLY |
| CREDIT INFON | 4540 HONEYWELL CT DAYTON OH 45424 | |
| CRESCENT B&T | 1100 POYDRAS ST NEW ORLEANS LA 70112 | (504) 525-4381 |
| DEPENDON COLLECTION SE | PO BOX 4833 OAK BROOK IL 60522 | (708) 632-5720 |
| [BK] DISCOVER FIN SVCS LLC | P.O. Box 3025 New Albany OH 43054 | (800) 347-5515 |
| ENHANCED RECOVERY CO L | 8014 BAYBERRY RD JACKSONVILLE FL 32256 | (800) 496-8941 |
| EOS CCA | 700 LONGWATER DR NORWELL MA 02061 | (888) 317-3598 |
| FIFTH THIRD BANK | 5050 KINGSLEY DR CINCINNATI OH 45227 | (800) 972-3030 |
| G M A C | 15303 S 94TH AVE ORLAND PARK IL 60462 | (800) 200-4622 |
| GECRB/HOME IMPR NON LI | PO BOX 6153 RAPID CITY SD 57709 | (866) 531-2938 |
| [BK] GEMBLOWBRC | P.O. Box 103104 Roswell GA 30076 | (800) 480-2140 |
| [BK] GMAC MRTG | 1100 Virginia Drive Fort Washington PA 19034 | (800) 850-4622 |
| HSBC BANK | PO BOX 30253 SALT LAKE CITY UT 84130 | (800) 695-6950 |
| HSBC/BSTBY | PO BOX 30253 SALT LAKE CITY UT 84130 | (800) 695-6950 |
| HSBC/MENARDS | PO BOX 30253 SALT LAKE CITY UT 84130 | (800) 695-6950 |
| I C SYSTEM INC | PO BOX 64378 SAINT PAUL MN 55164 | (888) 735-0516 |
| LANDO RESORTS CORP | 3015 N OCEAN BLVD STE 12 FORT LAUDERDALE FL 33308 | (954) 563-2444 |
| MED BUSI BUR | 1460 RENAISSANCE D SUITE 400 PARK RIDGE IL 60068 | (847) 954-4200 |
| MERCHANTS CREDIT GUIDE | 223 W JACKSON BLVD STE 4 CHICAGO IL 60606 | (312) 360-3000 |
| MIDLAND FUNDING | 8875 AERO DR STE 200 SAN DIEGO CA 92123 | (800) 825-8131 |
| NATIONAL REC | 6425 DYSINGER RD LOCKPORT NY 14094 | (716) 923-7486 |
| OCWEN LOAN SERVICING L | 3451 HAMMOND AVE WATERLOO IA 50702 | (800) 766-4622 |
| PEAK 5 | 6782 S POTOMAC ST ENGLEWOOD CO 80112 | (877) 236-7672 |
| PEOPLES ENGY | 130 E RANDOLPH CHICAGO IL 60601 | |
| RBS CITIZENS NA | 480 JEFFERSON BLVD WARWICK RI 02886 | (800) 610-7300 |
| ROGERS & HOL | PO BOX 879 MATTESON IL 60443 | (800) 326-4116 |
| ROUND TWO RECOVERY LLC | 3690 E I 240 SERVICE RD OKLAHOMA CITY OK 73135 | (405) 763-5777 |
| [BK] SEARS/CBSD | Citi Cards Private Lable - Bankruptcy, P.O. Box 20483 Kansas City MO 64195 | (888) 316-1182 |
| [BK] SEARS/CBSD | Citi Cards Private Lable - Bankruptcy, P.O. Box 20483 Kansas City MO 64195 | (888) 316-1182 |
| [BK] THD/CBSD | Citi Cards Private Lable - Bankruptcy, P.O. Box 20483 Kansas City MO 64195 | (888) 316-1182 |
| UNITED COLLECT BUR INC | 5620 SOUTHWYCK BLVD STE TOLEDO OH 43614 | (419) 866-6227 |

| Disclaimer |
|---|
| This credit report is issued only to permissible users as defined by the Fair Credit Reporting Act (Public Law 91-508) and is done so in the strictest of confidence. This report is furnished at the joint request of user and the subject of the report who both agree to indemnify CIN Legal Data Services, a division of Credit Infonet, Inc for incorrect information or misuse of this report. A good faith effort has been made to obtain all information from sources CIN Legal Data Services, a division of Credit Infonet, Inc deems as reliable but CIN Legal Data Services, a division of Credit Infonet, Inc cannot guarantee accuracy of the information. The reporting bureau certifies that public records have been checked for judgments, foreclosures, bankruptcies and other legal actions. |